NEW YORK BUREAU OF INFORMATION, Respondent, *v.* THE RIDGWAY-THAYER COMPANY et al., Appellants.

*N. Y. Bureau of Information* v. *Ridgway-Thayer Co.*, 119 App. Div. 339, 888, reversed.

(Argued November 18, 1908; decided December 8, 1908.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 10, 1907, which affirmed an interlocutory judgment of Special Term overruling a demurrer to the complaint in an action for libel.

The following question was certified: " Does the complaint state facts sufficient to constitute a cause of action ? "

*Clarence J. Shearn* for appellants.

*Lenney, Maguire, Giffin & Bizel* for respondent.

Order and interlocutory judgment reversed and judgment ordered for defendants on the demurrer, with costs in all courts, with leave to plaintiff to serve an amended complaint within twenty days on payment of costs. Question certified answered in the negative on the dissenting opinion of INGRAHAM, J., below.

Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT and HISCOCK, JJ. Dissenting: HAIGHT and CHASE, JJ.